THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EDGAR BARNES, Appellant.

*People v. Barnes*, 157 App. Div. 884, affirmed.
(Argued April 2, 1914; decided April 21, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 12, 1913, which affirmed a judgment of the Essex County Court rendered upon a verdict convicting the defendant of the crime of incest.

*O. Byron Brewster* for appellant.

*Fred M. La Duke* and *Francis X. Hennessy* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.